## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-01520 |
| Tameeka D. White-Spurlock aka<br>Tameeka White aka Tameeka Spurlock; | CHAPTER 13 |
| | JUDGE Timothy A. Barnes |
| Debtor(s). | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC
## STAY AND SETTING HEARING ON OBJECTIONS

The above captioned person shall take notice that a motion or other request to lift the automatic stay in the above captioned bankruptcy has been filed with the U.S. Bankruptcy Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, IL 60604. A copy attached hereto.

Any objections to the attached motion shall be filed with the Court on or before April 28, 2020, with a copy forwarded to Movant's attorney, Anselmo Lindberg & Associates LLC, 1771 W. Diehl Rd., Suite 120, Naperville, IL 60563. If no objection to the relief sought is timely filed, the Court may enter an order granting the motion.

In the event an objection is filed, a hearing on the motion will be held before the Court on April 30, 2020, at 1:30 pm, or soon thereafter as counsel may be heard before the Honorable Timothy A. Barnes or any Judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 744 at 219 South Dearborn Street, Chicago, IL 60604**,** and move to present the attached motion.

**NOTE: This law firm is deemed to be a debt collector.**

                                                         /s/ Theodore Konstantinopolous
                                                         Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David M. Siegel, Debtor's Counsel

    Marilyn O. Marshall, Trustee

    Patrick S. Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Tameeka D. White-Spurlock, 4201 Greenbrier Lane, Richton Park, IL  60471

    /s/ Tabatha Johnson

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-01520 |
| Tameeka D. White-Spurlock aka Tameeka White aka Tameeka Spurlock; | CHAPTER 13 |
| | JUDGE Timothy A. Barnes |
| Debtor(s). | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Specialized Loan Servicing, LLC, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on January 20, 2020.

5. Specialized Loan Servicing, LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 4201 Greenbrier Ln., Richton Park, Illinois 60471.

6. There is no equity in the property as the value is $98,000.00 (per Schedule A/B) and the total debt amount as of April 2, 2020, is $190,269.40. There is also a second lien extant with a balance of $185.00 (per Schedule D).

7. That as of April 2, 2020, the loan is past due for the February 1, 2020 to April 1, 2020 payments in the amount of $744.78 each. The total default is $2,234.34, not including attorney fees and costs for bringing this motion.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The movant requests the Court order that Rule 4001(a)(3) is not applicable

Specialized Loan Servicing, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Specialized Loan Servicing, LLC

/s/ Theodore Konstantinopolous

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@Dallegal.com
Firm File Number: B20020016

This law firm is deemed to be a debt collector.