**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Tameeka D. White-Spurlock aka Tameeka White aka Tameeka Spurlock  Case No. 20-01520  Chapter 13

All Cases: Moving Creditor Specialized Loan Servicing, LLC  Date Case Filed 01/20/2020

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:    Date of Confirmation Hearing 5/21/2020 or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report Filed on _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
    a.  ☒ Home
    b.  ☐ Car   Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2. Balance Owed as of Petition Date $187,816.20
   Total of all other Liens against Collateral $185.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $98,000.00 (per Schedule A/B)

5. Default
    a.  ☐ Pre-Petition Default
        Number of months _____    Amount $ _____

    b.  ☒ Post-Petition Default
        i.  ☒ On direct payments to the moving creditor
            Number of Months 3    Amount $2,234.34

        ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months _____    Amount $ _____

6. Other Allegations
    a.  ☐ Lack of Adequate Protection § 362(d)(1)
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid    Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv.  ☐ Other (describe) _____

    b.  ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☐ Other "cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe) _____
        ii.  ☐ Multiple Filings
        iii. ☐ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
        i.   ☐ Reaffirm    ☐ Redeem    ☐ Surrender    ☒ No Statement of Intention Filed

Date: April 16, 2020                      /s/ Theodore Konstantinopolous
                                              Counsel for Movant